# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕮𝖑𝖆𝖎𝖒𝖘

No. 15-1034C
(E-Filed December 29, 2017)

|  |  |
|---|---|
| DNC PARKS & RESORTS AT YOSEMITE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant, | ) ) ) |
| v. | ) ) ) |
| YOSEMITE HOSPITALITY, LLC, | ) ) ) |
| Third-Party Defendant. | ) ) |

## ORDER

On December 28, 2017, the parties filed a joint motion for modification of the court's scheduling order of September 18, 2017.  See ECF No. 97.   For good cause shown, the parties' joint motion is **GRANTED**; and, the court sets the following deadlines.

| Date | Deadline |
|---|---|
| February 15, 2018 | Completion of substantially all document production |
| May 15, 2018 | Completion of fact discovery |
| June 15, 2018 | Disclosure of experts |
| June 29, 2018 | Initial expert reports |
| July 31, 2018 | Rebuttal expert reports |
| September 17, 2018 | Completion of expert discovery, including depositions |

| November 2, 2018 | Dispositive motions |
|---|---|

IT IS SO ORDERED.

s/ Patricia Campbell-Smith
PATRICIA CAMPBELL-SMITH
Judge