**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DNC PARKS & RESORTS AT YOSEMITE, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **THE UNITED STATES OF AMERICA,** ) <br> ) <br> **Defendant** ) <br> ) <br> -and- ) <br> ) <br> **YOSEMITE HOSPITALITY, LLC,** ) <br> ) <br> **Third-Party Defendant.** ) <br> ) | No. 15-1034C <br> **Judge Campbell-Smith** |

## **NOTICE**

In accordance with this Court's Order, dated April 18, 2018 (ECF No. 121), the parties conferred as to whether the Court's April 12, 2018 opinion (ECF No. 120) should remain under seal. All parties agree that there is no information in the April 12, 2018 opinion that requires it to remain under seal or that needs to be redacted from the publicly-filed opinion.

Respectfully submitted,

| *Counsel for DNC Parks & Resorts at Yosemite, Inc.* | *Counsel for the United States of America* |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD, LLP | CHAD A. READLER<br>Acting Assistant Attorney General |
| /s/ Thomas P. McLish<br>Thomas P. McLish<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>(202) 887-4000 (Tel)<br>(202) 887-4288 (Fax)<br>Email: tmclish@akingump.com | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>/s/ Claudia Burke<br>Claudia Burke<br>Assistant Director |
| PHILLIPS LYTLE LLP<br>Nicolas J. Rotsko<br>125 Main Street<br>Buffalo, NY 14203-2887<br>(716) 847-8400 (Tel)<br>(716) 852-6100 (Fax)<br>Email: nrotsko@phillipslytle.com | /s/ John H. Roberson<br>JOHN H. ROBERSON<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tele: (202) 353-7972<br>Fax: (202) 514-8640<br>Email: John.Roberson@usdoj.gov<br><br>Of Counsel<br>SCOTT BOLDEN<br>Civil Division<br><br>IGOR HELMAN<br>Trial Attorney<br>Department of Justice |

*Counsel for Yosemite Hospitality , LLC*

WILMER CUTLER PICKERING HALE
AND DORR LLP


 /s/ Jamie S. Gorelick
Jamie S. Gorelick
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
jamie.gorelick@wilmerhale.com

Of Counsel
Carl Nichols
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave. NW
Tel.: (202) 663-6000
Fax: (202) 663-6363
carl.nichols@wilmerhale.com


Vinita Ferrera
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
vinita.ferrera@wilmerhale.com

Dated:  April 20, 2018