## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DNC PARKS & RESORTS AT YOSEMITE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant )<br>)<br>-and- )<br>)<br>YOSEMITE HOSPITALITY, LLC, )<br>)<br>Third-Party Defendant. )<br>) | No. 15-1034C<br>Judge Campbell-Smith |

## NOTICE OF JOINT PROPOSED PROTECTIVE ORDER

As required by this Court's Opinion and Order, dated April 12, 2018, ECF No. 120 ("Order"), plaintiff DNC Parks & Resorts at Yosemite, Inc. ("DNCY"), defendant the United States, and third-party defendant Yosemite Hospitality, LLC ("Aramark"), stipulate to and propose the attached protective order for the Court's approval.

Respectfully submitted,

| | |
|---|---|
| *Counsel for DNC Parks & Resorts at Yosemite, Inc.* | *Counsel for the United States of America* |
| AKIN GUMP STRAUSS HAUER & FELD, LLP | CHAD A. READLER<br>Acting Assistant Attorney General |
| /s/ Thomas P. McLish<br>Thomas P. McLish<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>(202) 887-4000 (Tel)<br>(202) 887-4288 (Fax)<br>Email: tmclish@akingump.com | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>/s/ Claudia Burke<br>Claudia Burke<br>Assistant Director |
| PHILLIPS LYTLE LLP<br>Nicolas J. Rotsko<br>125 Main Street<br>Buffalo, NY 14203-2887<br>(716) 847-8400 (Tel)<br>(716) 852-6100 (Fax)<br>Email: nrotsko@phillipslytle.com | /s/ John H. Roberson<br>JOHN H. ROBERSON<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tele: (202) 353-7972<br>Fax: (202) 514-8640<br>Email: John.Roberson@usdoj.gov<br><br>Of Counsel<br>SCOTT BOLDEN<br>Civil Division<br><br>MARGARET J. JANTZEN<br>IGOR HELMAN<br>Trial Attorneys<br>Department of Justice |

*Counsel for Yosemite Hospitality, LLC*

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Jamie S. Gorelick
Jamie S. Gorelick
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
jamie.gorelick@wilmerhale.com

Of Counsel
Carl Nichols
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Tel.: (202) 663-6000
Fax: (202) 663-6363
carl.nichols@wilmerhale.com

Vinita Ferrera
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
vinita.ferrera@wilmerhale.com

Dated: April 30, 2018