## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DNC PARKS & RESORTS AT YOSEMITE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | No. 15-1034C |
| ) | Judge Campbell-Smith |
| Defendant ) | |
| ) | |
| -and- ) | |
| ) | |
| YOSEMITE HOSPITALITY, LLC, ) | |
| ) | |
| Third-Party Defendant. ) | |

## **PROTECTIVE ORDER**

For the reasons stated in the Court's Opinion and Order, dated April 12, 2018, ECF No. 120 ("Order"), and pursuant to Court of Federal Claims Rule 26(c), the Court hereby enters the following protective order:

Consistent with the Court's Order, discovery regarding the work of CONSOR Intellectual Asset Management in valuing the intangible property at issue in the above captioned case is prohibited.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Judge