**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DNC PARKS & RESORTS AT YOSEMITE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>v.<br><br>YOSEMITE HOSPITALITY, LLC,<br><br>Third-Party Defendant. | No. 15-1034C<br>(Judge Campbell-Smith) |

**JOINT MOTION FOR ENLARGEMENT OF THE DISCOVERY PERIOD**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), the parties jointly request an enlargement of 120 days for the completion of fact discovery, with an approximate corresponding 120-day enlargement on the remaining currently-scheduled dates for expert discovery and dispositive motions.

Currently, pursuant to the Court's June 18, 2018 order, fact discovery must be completed by April 25, 2019; expert related discovery is to run between May 23, 2019 and September 15, 2019, with a joint status report due to be filed on or before October 21, 2019. With the requested approximate 120-day enlargement, fact discovery would be completed by August 23, 2019 and the dates for expert discovery and the filing of a joint status report would be similarly enlarged by approximately 120 days. The specific proposed enlarged schedule is set forth below.

Good cause exists for the enlargement.

On August 23, 2018, the parties collectively agreed to suspend discovery for an indefinite period pending the conclusion of settlement discussions. That suspension of discovery has continued as the parties have engaged in settlement discussion the past several months. Although the parties have made significant progress in their settlement discussions, should settlement ultimately not prove possible, the parties have agreed that discovery will promptly resume. Given the amount of discovery that would need to be obtained should discovery resume, the parties agree that an enlargement of approximately 120 days to the current discovery schedule is appropriate.

Our proposed enlargement would change the existing deadlines to the following dates:

| Date | Deadline |
|---|---|
| August 23, 2019 | Completion of fact discovery |
| September 20, 2019 | Disclosure of experts |
| October 4, 2019 | Initial expert reports |
| November 8, 2019 | Rebuttal expert reports |
| January 13, 2020 | Completion of expert discovery, including depositions |
| February 18, 2020 | Joint Status Report (in accord with the topics set forth in the Court’s November 27, 2018 Order). |

CONCLUSION

For these reasons, the parties respectfully request that the Court grant our joint motion to enlarge the existing fact and expert discovery deadlines and the deadline for dispositive motions by approximately 120 days.

Respectfully Submitted,

AKIN GUMP STRAUSS HAUER
& FELD, LLP

/s/ Thomas P. McLish
THOMAS P. MCLISH
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000 (Tel)
(202) 887-4288 (Fax)
Email: tmclish@akingump.com

PHILLIPS LYTLE LLP
Nicolas J. Rotsko
nrotsko@phillipslytle.com
One Canalside
125 Main Street
Buffalo, NY 14203-2887
(716) 847-8400 (Tel)
(716) 852-6100 (Fax)

*Counsel for Delaware North Parks & Resorts at Yosemite, Inc.*

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Claudia Burke
CLAUDIA BURKE
Assistant Director

/s/ John Roberson
JOHN H. ROBERSON
Senior Trial Counsel

Commercial Litigation Branch
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 353-7972
Fax: (202) 514-8640
Email: John.Roberson@usdoj.gov
Of Counsel
SCOTT BOLDEN
Civil Division

IGOR HELMAN
MARGARET J. JANTZEN
Trial Attorneys
Department of Justice

*Counsel for the United States*

WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Jamie S. Gorelick
JAMIE S. GORELICK
*Counsel of Record*
1875 Pennsylvania Ave. NW

Washington, DC 2006
Tel.: (202) 663-6000
Fax: (202) 663-6363
jamie.gorelick@wilmerhal.com

*Of Counsel*
Carl Nichols
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue. NW
Tel.: (202) 663-6000
Fax: (202) 663-6363
carl.nichols@wilmerhale.com

Vinita Ferrara
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
vinita.ferrera@wilmerhale.com

*Counsel for Aramark Corporation*

Dated: April 25, 2019