## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DNC PARKS & RESORTS AT YOSEMITE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>YOSEMITE HOSPITALITY, LLC, )<br>)<br>Third-Party Defendant. ) | No. 15-1034C<br>(Judge Campbell-Smith) |

## STIPULATION OF DISMISSAL

The above-entitled action having been fully compromised and settled as to all claims and defenses between all of the parties, it is HEREBY STIPULATED that the above action and the claims and defenses of all parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

Respectfully Submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER<br>    & FELD, LLP | JOSEPH H. HUNT<br>Assistant Attorney General |
| /s/  Thomas P. McLish<br>THOMAS P. MCLISH<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>(202) 887-4000 (Tel)<br>(202) 887-4288 (Fax)<br>Email: tmclish@akingump.com | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director |
| PHILLIPS LYTLE LLP<br>Nicolas J. Rotsko<br>nrotsko@phillipslytle.com | /s/ John Roberson<br>JOHN H. ROBERSON<br>Senior Trial Counsel |

One Canalside
125 Main Street
Buffalo, NY 14203-2887
(716) 847-8400 (Tel)
(716) 852-6100 (Fax)

*Counsel for Delaware North Parks & Resorts at Yosemite, Inc.*

Commercial Litigation Branch
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 353-7972
Fax: (202) 514-8640
Email:  John.Roberson@usdoj.gov
Of Counsel
SCOTT BOLDEN
Civil Division

IGOR HELMAN
MARGARET J. JANTZEN
Trial Attorneys
Department of Justice

*Counsel for the United States*


WILMER CUTLER PICKERING
    HALE AND DORR LLP

/s/ Jamie S. Gorelick
JAMIE S. GORELICK
*Counsel of Record*
1875 Pennsylvania Ave. NW
Washington, DC 2006
Tel.:  (202) 663-6000
Fax: (202) 663-6363
jamie.gorelick@wilmerhal.com

*Of Counsel*
Vinita Ferrara
WILMER CUTLER PICKERING
       HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
vinita.ferrara@wilmerhale.com

*Counsel for Aramark Corporation*

Dated:  August 30, 2019